IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BELFOR USA GROUP, INC.,

        Plaintiff,

v.

                                          Case No.: 13-cv-614

CHICAGO'S BEST, LLC,
RANDALL GRIMES, JUDY GRIMES, and
DUPACO COMMUNITY CREDIT UNION, INC.,

        Defendants.

---

### ENTRY OF DEFAULT

The Clerk of Court for the United States District Court for the Western District of Wisconsin having noted that defendant Chicago's Best, LLC has failed to appear, plead or otherwise defend as provided under the Fed. R. Civ. P. and that fact has been made to appear by the motion of the attorney for the plaintiff, the Clerk hereby enters the default of defendant Chicago's Best, LLC pursuant to Rule 55(a) of the Fed. R. Civ. P.

Dated this 25th day of February, 2014.

                                                        _Peter Oppeneer_
                                                        PETER OPPENEER, Clerk of Court